■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY McQUEEN, Appellant. [54 NYS3d 873]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Donnelly, J.), imposed June 2, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 264 [2011]; *People v Black*, 144 AD3d 935 [2016]; *People v Brown*, 122 AD3d 133, 138-141 [2014]), and thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Austin, Duffy and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTO RICHARDS, Appellant. [54 NYS3d 868]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 3, 1986 (*People v Richards*, 118 AD2d 604 [1986]), affirming a judgment of the Supreme Court, Kings County, rendered November 20, 1981.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Leventhal, Austin and Christopher, JJ., concur.